John E. Sharp, Esq. (Bar #085615)
Audrey Ng Roybal, Esq. (Bar #146308)
Sharp & Brown, LLP
A Limited Liability Partnership
Attorneys at Law
155 N. Redwood Drive, Suite 125
San Rafael, California 94903
Telephone: (415) 507-1400
Facsimile: (415) 507-1408

Attorneys for: Ross Valley Sanitary District No. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRIL PAGE<br><br>                   Plaintiff,<br><br>    vs.<br><br>ROSS VALLEY SANTIARY DISTRICT NUMBER 1; DOES 1-10, Inclusive.<br><br>                  Defendants. | NO. C 05 4358<br><br>STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Date: March 6, 2006<br>Time: 4 p.m.<br>Ctrm: G |

It is stipulated by and between the parties that the Case Management Conference currently on calendar for Monday, March 6, 2006 at 4 p.m. be vacated. A Consent Decree has been signed by the parties and submitted to the U.S. Attorney General and the Administrator of the U.S. EPA. Pursuant to paragraph IX of the Consent Decree, upon written notification by U.S. EPA and/or U.S. Department of Justice that those agencies' reviews have concluded, or the expiration of the forty-five (45) day period, whichever is the earlier, it is anticipated that the Court shall enter this Consent Decree and Order.

                                                          SHARP & BROWN, LLP

Date: March 1, 2006                                     ____/s/_____
                                                          John E. Sharp, Attorneys for
                                                          Ross Valley Sanitary District No. 1

Date: March 6, 2006                 \_\_\_\_/s/_____
                                                        Mark Pollock, Attorney for Garril Page

## ORDER

The court having received and reviewed the Stipulation to Vacate Case Management Conference, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,

IT IS HEREBY ORDERED that the Case Management Conference is vacated.

Date: March 2, 2006            _____
                                         HON. BERNARD ZIMMERMAN

*IT IS SO ORDERED*
*/s/ Bernard Zimmerman*
*Judge Bernard Zimmerman*
(Seal: United States District Court, Northern District of California)

## PROOF OF SERVICE BY MAIL & EMAIL

I declare that I am employed in the County of Marin, California; I am over the age of eighteen years and not a party to the above-entitled action. My business address is 155 N. Redwood Drive, Suit 125, San Rafael, California 94903. On March 6, 2006 I caused the within

**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE**

to be served on the interested parties in said cause, by EMAIL mpollock@napanet.net and by placing a true copy thereof, enclosed in a sealed envelope with first class postage thereon fully prepaid, in the United States post office mail box at San Rafael, addressed as follows:

Mark S. Pollock                          VIA EMAIL mpollock@napanet.net
1766 Third Street
Napa, CA 94559

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on March 6, 2006 at San Rafael, California.

                                                 _____/s/_____
                                                 Audrey Ng Roybal